AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

| | | |
|---|---|---|
| ______________________________ *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. |
| | ) ) | |
| ______________________________ *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

______________________________
*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:26-cv-10167

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* NEW WINEBID, INC was received by me on *(date)* 9/15/26.

- [ ] I personally served the summons on the individual at *(place)* ____________________ on *(date)* ____________________; or
- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* ____________________ , a person of suitable age and discretion who resides there, on *(date)* ____________________ , and mailed a copy to the individual's last known address; or
- [X] I served the summons on *(name of individual)* Skylar Leih / Associate Intake Coordinator , who is designated by law to accept service of process on behalf of *(name of organization)* CSC Lawyers Incorporating Service on *(date)* Wed, Sep 16 2026 ; or
- [ ] I returned the summons unexecuted because: ____________________; or
- [ ] Other: ____________________; or

My fees are $ 0.00 for travel and $ 55.00 for services, for a total of $ $55.00.

I declare under penalty of perjury that this information is true.

Date: 09/19/2026

*Server's signature*

Demian Ross #2011-66

*Printed name and title*

5407 Palm Avenue, Sacramento, CA 95841

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Sep 16, 2026, 1:35 pm PDT at 2710 Gateway Oaks Dr Suite 150N, Sacramento, CA 95833 received by Skylar Leih / Associate Intake Coordinator.

Documents served: PLAINTIFF ANDREW RICHARD'S AFFIDAVIT ISO CLRA VENUE, SUMMONS, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, COMPLAINT, STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, STANDING ORDER FOR MAGISTRATE JUDGE SALLIE KIM